UNITED STATES DISTRICT COURT
for the DISTRICT OF COLUMBIA

GOVERNMENT ACCOUNTABILITY
PROJECT,
1612 K Street, NW, Suite 1100
Washington, D.C. 20006

    Plaintiff,

    v.                                                        Civil Action No. _____

U.S. DEPARTMENT OF HEALTH &
HUMAN SERVICES, FOOD & DRUG
ADMINISTRATION,
5600 Fishers Lane
Rockville, Maryland 20857,

    Defendant.

_____

**COMPLAINT FOR DECLARATORY
AND INJUNCTIVE RELIEF**
_____

1.    This is an action under the Freedom of Information Act (FOIA, 5 U.S.C. § 552, *et seq*.) for injunctive and other appropriate relief and seeking the disclosure and release of agency records improperly withheld from the Plaintiff by Defendant U.S. Department of Health & Human Services

(HHS) and its component U.S. Food & Drug Administration (FDA).

## JURISDICTION AND VENUE

2. This Court has both subject matter jurisdiction over this action and personal jurisdiction over the parties pursuant to 5 U.S.C. § 552(a)(4)(B). This Court also has jurisdiction over this action pursuant to 28 U.S.C. § 1331. Venue lies in this district under 5 U.S.C. § 552(a)(4)(B).

3. Plaintiff Government Accountability Project (GAP) is a public interest, non-profit advocacy organization that is based in the District of Columbia. GAP promotes government and corporate accountability by advancing occupational free speech, defending whistleblowers, and empowering citizen activists. GAP's activities frequently include requesting and analyzing government records.

4. Defendant HHS is a Department of the Executive Branch of the United States Government and includes the component entity FDA. HHS and FDA are agencies within the meaning of 5 U.S.C. § 552(f).

## COUNT 1: VIOLATION OF FOIA

5. On June 27, 2007, Plaintiff filed a FOIA request and request for fee waiver (via facsimile) with the FDA's Freedom of Information Office. A facsimile report verified that the three-page request had been successfully transmitted.

6. In substance, Plaintiff's FOIA request read as follows:

"Pursuant to the Freedom of Information Act, 5 U.S.C. 552 and 21 C.F.R. § 20.20, we request access to and copies of the following information concerning the clinical studies submitted regarding the drug Ciprofloxacin (a/k/a Cipro):

1.  In electronic form, with description of program to read : All goniometry (joint angle motion measurement) data, including but not limited to, all passive range of motion of joints, by protocol, measured in degrees, recorded from all subjects and sorted by site or investigator number, subject or numeric identification number , the joints measured, the dates of measurement and information on the age of the subject at enrollment or first measurement in months or years, or birth month and year, pertaining to domestic and foreign

*FOIA Complaint*
*Page 3*

clinical trial studies 1001169 and 100201; and

2. In paper form: all FDA Division of Scientific Investigations ("DSI") reports and records, domestic and outside of US, concerning all DSI inspections pertaining to clinical trial studies 1001169 and 100201.

If any of the material covered by this request has been destroyed or removed, please provide all surrounding documentation including, but not limited to, a description of the action taken regarding the materials and justification for those actions taken. For any documents or portions you deny due to a specific FOIA exemption, please provide a detailed justification of your grounds for claiming such exemption, explaining why the exemption is relevant to the document or portion of the document withheld . . ."

7. By form letter dated June 28, 2007, FDA acknowledged receipt of Plaintiff's FOIA request and docketed the request as 2007-6023.

8. On July 3, 2007, Plaintiff sent a letter to FDA noting that the agency had acknowledged receipt of its FOIA request. Plaintiff also requested that FDA indicate whether it would provide responsive records by the July 26,

        2007 due date.   FDA did not respond to Plaintiff's July 3rd letter.

9. On July 31, 2007, Plaintiff contacted FDA by telephone and left a message for Tasha Hunt (FOIA Officer assigned) asking about the status of any response to Plaintiff's FOIA request.  No one from FDA responded to this telephone message.

10. On August 3, 2007, Plaintiff filed (via facsimile) an appeal of the constructive denial of its June 27th FOIA request with the FDA's Freedom of Information Office.   A facsimile report verified that the appeal had been successfully transmitted.

11. By form letter dated August 6, 2007, the HHS Program Support Center, Public Health Service acknowledged receipt of Plaintiff's appeal.  The appeal was assigned the following number: PHS-2K7-A-122.  However, no further communications have been received from the Defendant regarding the processing or resolution of Plaintiff's appeal.

12. Under FOIA, Defendant had twenty working days from the receipt of the Plaintiff's appeal to render a decision.   Thus, Defendant was required to make a determination regarding Plaintiff's appeal by August 31, 2007.

13. As of the date of this Complaint, September 25, 2007, the Defendant has failed to make a determination regarding the Plaintiff's appeal and has failed to release any records responsive to Plaintiff's June 27, 2007 FOIA request.

## REQUESTED RELIEF

14. WHEREFORE, Plaintiff prays that this Court:

    A. Issue an Order finding and declaring that the Defendant has violated the FOIA;

    B. Order the Defendant to immediately release all records responsive to Plaintiff's FOIA request and make copies available to the Plaintiff;

    C. Award to the Plaintiff all costs and attorneys' fees incurred in this action;

    D. Grant such other relief as justice may require or the Court deems appropriate.

Respectfully submitted,

_____
Richard E. Condit [DC Bar# 417786]
Senior Counsel
Government Accountability Project
1612 K Street, NW, Suite 1100
Washington, D.C. 20006
Tel. 202.408.0034 x. 142
Fax 202.408.9855
Eml. richardc@whistleblower.org

Dated: September 25, 2007

JS-44
(Rev.1/05 DC)

# CIVIL COVER SHEET

07-1702
CKK

**I (a) PLAINTIFFS**

GOVERNMENT ACCOUNTABILITY PROJECT

**DEFENDANTS**

U.S. DEPARTMENT OF HEALTH & HUMAN SERVICES, FOOD & DRUG ADMINISTRATION

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF    11001
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT    11001
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

Richard E. Condit
Government Accountability Project
1612 K Street, NW, Suite 1100
Washington, D.C. 20006
Tel. 202.408.0034 x. 142

ATTORNEYS (IF KNOWN)

Case: 1:07-cv-01702
Assigned To : Kollar-Kotelly, Colleen
Assign. Date : 9/25/2007
Description: FOIA/Privacy Act

**II. BASIS OF JURISDICTION**
(PLACE AN x IN ONE BOX ONLY)

○ 1 U.S. Government Plaintiff
⊗ 3 Federal Question (U.S. Government Not a Party)
⊗ 2 U.S. Government Defendant
○ 4 Diversity (Indicate Citizenship of Parties in item III)

**III CITIZENSHIP OF PRINCIPAL PARTIES** (PLACE AN x IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) **FOR DIVERSITY CASES ONLY!**

|  | PTF | DFT |  | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ○ 1 | ○ 1 | Incorporated or Principal Place of Business in This State | ○ 4 | ○ 4 |
| Citizen of Another State | ○ 2 | ○ 2 | Incorporated and Principal Place of Business in Another State | ○ 5 | ○ 5 |
| Citizen or Subject of a Foreign Country | ○ 3 | ○ 3 | Foreign Nation | ○ 6 | ○ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Place a X in one category, A-N, that best represents your cause of action and **one** in a corresponding Nature of Suit)

○ **A. Antitrust**

☐ 410 Antitrust

○ **B. Personal Injury/Malpractice**

☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury
☐ 362 Medical Malpractice
☐ 365 Product Liability
☐ 368 Asbestos Product Liability

○ **C. Administrative Agency Review**

☐ 151 Medicare Act

Social Security:
☐ 861 HIA ((1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g)
☐ 864 SSID Title XVI
☐ 865 RSI (405(g)
Other Statutes
☐ 891 Agricultural Acts
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 890 Other Statutory Actions (If Administrative Agency is Involved)

○ **D. Temporary Restraining Order/Preliminary Injunction**

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

○ **E. General Civil (Other)** OR ○ **F. Pro Se General Civil**

**Real Property**
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent, Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

**Personal Property**
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

**Bankruptcy**
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

**Prisoner Petitions**
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☐ 550 Civil Rights
☐ 555 Prison Condition

**Property Rights**
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

**Federal Tax Suits**
☐ 870 Taxes (US plaintiff or defendant
☐ 871 IRS-Third Party 26 USC 7609

**Forfeiture/Penalty**
☐ 610 Agriculture
☐ 620 Other Food &Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 RR & Truck
☐ 650 Airline Regs
☐ 660 Occupational Safety/Health
☐ 690 Other

**Other Statutes**
☐ 400 State Reapportionment
☐ 430 Banks & Banking
☐ 450 Commerce/ICC Rates/etc.
☐ 460 Deportation

☐ 470 Racketeer Influenced & Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Satellite TV
☐ 810 Selective Service
☐ 850 Securities/Commodities/Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 900 Appeal of fee determination under equal access to Justice
☐ 950 Constitutionality of State Statutes
☐ 890 Other Statutory Actions (if not administrative agency review or Privacy Act

| ○ G. *Habeas Corpus/ 2255* | ○ H. *Employment Discrimination* | ⊗ I. *FOIA/PRIVACY ACT* | ○ J. *Student Loan* |
|---|---|---|---|
| ☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ☐ 442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☒ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions (if Privacy Act)<br><br>*(If pro se, select this deck)* | ☐ 152 Recovery of Defaulted Student Loans (excluding veterans) |

| ○ K. *Labor/ERISA (non-employment)* | ○ L. *Other Civil Rights (non-employment)* | ○ M. *Contract* | ○ N. *Three-Judge Court* |
|---|---|---|---|
| ☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting & Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ 441 Voting (if not Voting Rights Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights<br>☐ 445 American w/Disabilities- Employment<br>☐ 446 Americans w/Disabilities- Other | ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ☐ 441 Civil Rights-Voting (if Voting Rights Act) |

**V. ORIGIN**

⊗ 1 Original Proceeding   ○ 2 Removed from State Court   ○ 3 Remanded from Appellate Court   ○ 4 Reinstated or Reopened   ○ 5 Transferred from another district (specify)   ○ 6 Multi district Litigation   ○ 7 Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)
The agency has failed to comply with FOIA, 5 U.S.C. § 552.

**VII. REQUESTED IN COMPLAINT**   ☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23   DEMAND $ _____   Check YES only if demanded in complaint   JURY DEMAND:   YES ☐   NO ☒

**VIII. RELATED CASE(S) IF ANY**   (See instruction)   YES ☐   NO ☒   If yes, please complete related case form.

DATE 9/25/2007     SIGNATURE OF ATTORNEY OF RECORD  *[signature]*

---

**INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44**
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I.   COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III.   CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV.   CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI.   CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII.   RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.