UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GOVERNMENT ACCOUNTABILITY PROJECT, )<br>)<br>Plaintiff )<br>) Civil Action No.  07-1702 (CKK)<br>v )<br>)<br>U.S. DEPARTMENT OF HEALTH & )<br> HUMAN SERVICES, FOOD AND DRUG )<br>ADMINISTRATION, )<br>)<br>Defendant. )<br>) | |

## PRAECIPE

The Clerk of the Court will please enter the appearance of Beverly M. Russell, Assistant U.S. Attorney, as counsel for defendant, the U.S. Department of Health and Human Services, Food and Drug Administration.

Respectfully submitted,


       /s/ Beverly M. Russell
BEVERLY M. RUSSELL, D.C. BAR # 454257
Assistant U.S. Attorney
U.S. Attorney for the District of Columbia,
 Civil Division
555 Fourth St., N.W., Rm. E-4915
Washington, D.C. 20530
Ph:  (202) 307-0492
Fax: (202) 514-8780
E-mail: beverly.russell@usdoj.gov

## **CERTIFICATE OF SERVICE**

I certify that the foregoing *Praecipe* was served upon Plaintiff by the Court's Electronic Case Filing System to:

Richard E. Condit
Government Accountability Project
1612 K Street, N.W., Suite 1100
Washington, D.C. 20006
richardc@whistleblower.org

on this 24th day of October, 2007.


   /s/ Beverly M. Russell
BEVERLY M. RUSSELL
Assistant United States Attorney