UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GOVERNMENT ACCOUNTABILITY PROJECT,<br><br>   Plaintiff,<br><br>  v.<br><br>U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES; U.S. FOOD AND DRUG ADMINISTRATION,<br><br>   Defendants.<br>_____ | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 07-01702 (CKK)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### DEFENDANTS' ANSWER TO PLAINTIFF'S COMPLAINT

Defendants, the United States Department of Health and Human Services and the Food and Drug Administration ("FDA"), by and through their undersigned attorneys, as their answer to plaintiff's complaint, state as follows:

 1. The allegations of paragraph 1 are plaintiff's summary of the complaint and request for relief to which no answer is required. To the extent an answer is required, defendants deny the allegations of paragraph 1.

 2. The allegations of paragraph 2 are legal conclusions regarding the Court's jurisdiction and venue to which answers are not required.

 3. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 3.

 4. Defendants admit the allegations of paragraph 4.

5. Defendants admit that plaintiff submitted a Freedom of Information Act ("FOIA") request, dated June 27, 2007, to FDA. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 5 regarding a facsimile report, as that document was not attached to the complaint.

6. The allegations of paragraph 6 contain a characterization of the referenced FOIA request, and defendants respectfully refer the Court to that document for a full and complete statement of its contents.

7. Defendants admit the allegations of paragraph 7.

8. Defendants admit that plaintiff sent FDA a letter dated July 3, 2007 and that FDA has not yet responded to that letter. The remainder of the paragraph contains characterizations of that letter, and defendants respectfully refer the Court to that document for a full and complete statement of its contents.

9. Defendants deny that FDA received a telephone message from plaintiff on July 31, 2007, and are without knowledge or information sufficient to form a belief as to the truth of the remainder of the allegations in paragraph 9.

10. Defendants admit that plaintiff submitted an appeal, dated August 3, 2007, of the "constructive denial" of plaintiff's June 27 FOIA request to FDA. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 10 regarding a facsimile report, as that document was not attached to the complaint.

11. Defendants admit the allegations of paragraph 11.

12. The allegations of paragraph 12 are legal conclusions to which no answer is required.

13. Defendants admit the allegations of paragraph 13.

14. The allegations of paragraph 14 are plaintiff's summary of the request for relief to which no answer is required. To the extent an answer is required, defendants deny that plaintiff is entitled to the relief requested in paragraph 14 or any relief whatsoever.

Defendants deny each and every allegation contained in the Complaint not specifically admitted herein.

## AFFIRMATIVE DEFENSE

1. Defendants face exceptional circumstances and are exercising due diligence in responding to plaintiff's FOIA request. Accordingly, defendants are entitled to, and will be requesting, a stay of proceedings in this matter pursuant to 5 U.S.C. § 552(a)(6)(C).

Respectfully Submitted,

/s/ Jeffrey A. Taylor /dvh
_____
JEFFREY A. TAYLOR, D.C. BAR #498610
United States Attorney

/s/ Rudolph Contreras /dvh
_____
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney

/s/ Beverly M. Russell
_____
BEVERLY M. RUSSELL, D.C. Bar #454257
Assistant United States Attorney
U.S. Attorney's Office for the District
 of Columbia, Civil Division
555 4th Street, N.W., Rm. E-4915
Washington, D.C. 20530
Ph:  (202) 307-0492
Fax: (202) 514-8780
E-Mail: beverly.russell@usdoj.gov

Of Counsel:

DANIEL MERON
General Counsel

GERALD F. MASOUDI
Associate General Counsel
Food and Drug Division

ERIC M. BLUMBERG
Deputy Chief Counsel, Litigation

SHOSHANA HUTCHINSON
Associate Chief Counsel, Litigation
U.S. Dept. of Health & Human Services
Office of the General Counsel
5600 Fishers Lane
Rockville, MD  20857
301-827-8579

October 31, 2007