UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GOVERNMENT ACCOUNTABILITY PROJECT, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>U.S. DEPARTMENT OF HEALTH AND )<br>HUMAN SERVICES; U.S. FOOD AND )<br>DRUG ADMINISTRATION, )<br>)<br>Defendants. )<br>_____ ) | Civil Action No. 07-01702 (CKK) |

**DEFENDANTS' UNOPPOSED, FIRST MOTION FOR AN EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S MOTION FOR JUDGMENT ON THE PLEADINGS**

Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, Defendants move to extend the period by which they must respond to *Plaintiff's Motion for Judgment on the Pleadings* up to and including February 19, 2008. This is Defendants' first motion for an extension of time for this purpose. The current filing deadline is February 12, 2008. Pursuant to Local Rule 7(m), Defendants' counsel contacted Plaintiff's counsel and was informed that Plaintiff does not oppose the relief requested herein. Defendants' reasons for seeking the extension are set forth below.

Defendants move for the extension to provide the Agency an additional period to provide information to support a response to Plaintiffs' Motion. From the undersigned counsel's understanding, the Agency has drafted a declaration to support a Motion for an Open America stay. However, the agency attorney assigned this matter is out of the

office this week, and needs an additional period upon her return to assist with finalizing the declaration and providing additional information to support the Agency's proposed response to *Plaintiff's Motion for Judgment on the Pleadings* which will include a request for relief pursuant to Open America v. Watergate Special Prosecution Force, 547 F.2d 605, 614-16 (D.C. Cir. 1976). For this reason, Defendants will not be able to meet the current deadline for the filing of their response to *Plaintiff's Motion for Judgment on the Pleadings*, and respectively move for an extension up to and including February 19, 2008 to do so.

Pursuant to Local Rule 7(c), a proposed Order is filed herewith.

Date: February 5, 2008

                                                Respectfully Submitted,

                                                /s/ Jeffrey A. Taylor /bmr
                                                _____
                                                JEFFREY A. TAYLOR, D.C. Bar #498610
                                                United States Attorney

                                                /s/ Rudolph Contreras /bmr
                                                _____
                                                RUDOLPH CONTRERAS, D.C. Bar #434122
                                                Assistant United States Attorney

                                                /s/ Beverly M. Russell
                                                _____
                                                BEVERLY M. RUSSELL, D.C. Bar #454257
                                                Assistant United States Attorney
                                                U.S. Attorney's Office for the District of Columbia
                                                555 4th Street, N.W., Rm. E-4915
                                                Washington, D.C.  20530
                                                Ph:  (202) 307-0492

## CERTIFICATE OF SERVICE

I certify that the foregoing ***Defendants' Unopposed, First Motion for an Extension of Time to Respond to Plaintiff's Motion for Judgment on the Pleadings*** was served upon Plaintiff by the Court's Electronic Case Filing System to:

Richard E. Condit
Government Accountability Project
1612 K Street, N.W., Suite 1100
Washington, D.C. 20006
richardc@whistleblower.org

on this 5th day of February, 2008.

       /s/ Beverly M. Russell
BEVERLY M. RUSSELL
Assistant United States Attorney

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| GOVERNMENT ACCOUNTABILITY PROJECT, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 07-01702 (CKK) |
| U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES; U.S. FOOD AND DRUG ADMINISTRATION, | ) ) ) ) | |
| Defendants. | ) ) | |
| _____ | ) | |

ORDER

UPON CONSIDERATION of ***Defendants' Unopposed, First Motion for an Extension of Time to Respond to Plaintiff's Motion for Judgment on the Pleadings***, and for good cause shown, it is by the Court this _____ day of _____ 2008,

ORDERED that Defendants' motion shall be and is hereby granted, and thus, Defendants shall have up to and including February 19, 2008 to file their response to Plaintiffs' Motion for Judgment on the Pleadings;

SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

Copies to:

Beverly M. Russell
Assistant United States Attorney
United States Attorney's Office for the
 District of Columbia
555 4th Street, N.W., Rm. E-4915
Washington, D.C. 20530

Richard E. Condit
Government Accountability Project
1612 K Street, N.W., Suite 1100
Washington, D.C. 20006