UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GOVERNMENT ACCOUNTABILITY PROJECT,<br><br>    Plaintiff,<br><br>    v.<br><br>U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES; U.S. FOOD AND DRUG ADMINISTRATION,<br><br>    Defendants.<br>_____ | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 07-01702 (CKK)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### DEFENDANTS' OPPOSITION TO PLAINTIFF'S
### MOTION FOR JUDGMENT ON THE PLEADINGS

On January 29, 2008, Plaintiff filed a Motion for Judgment on the Pleadings. Defendants oppose that Motion and the memorandum supporting Defendants' position in this regard was previously submitted today, February 19, 2008, with *Defendants' Motion for an Open America Stay and Opposition to Plaintiff's Motion for Judgment on the Pleadings* . See Docket Entry No. 7. Additionally, a proposed Order consistent with their opposition was also filed Defendants' Motion. Id.

Respectfully submitted,

/s/ Jeffrey A. Taylor /bmr
_____
JEFFREY A. TAYLOR, D.C. BAR #498610
United States Attorney

/s/ Rudolph Contreras /bmr
_____
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney

/s/ Beverly M. Russell
_____
BEVERLY M. RUSSELL, D.C. BAR #454257
Assistant United States Attorney
U.S. Attorney's Office for the District of Columbia,
 Civil Division
555 4th Street, N.W., Rm. E-4915
Washington, D.C.  20530
Ph: (202) 307-0492
Fax: (202) 514-8780
E-mail:  beverly.russell@usdoj.gov

**CERTIFICATE OF SERVICE**

I certify that the foregoing *Defendants' Opposition to Plaintiff's Motion for Judgment on the Pleadings* was served upon Plaintiff by the Court's Electronic Case Filing System to:

Richard E. Condit
Government Accountability Project
1612 K Street, N.W., Suite 1100
Washington, D.C. 20006
richardc@whistleblower.org

on this 19th day of February, 2008.

/s/ Beverly M. Russell
_____
BEVERLY M. RUSSELL
Assistant United States Attorney