UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GOVERNMENT ACCOUNTABILITY PROJECT,<br><br>　Plaintiff,<br><br>　　v.<br><br>U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES; U.S. FOOD & DRUG ADMINISTRATION,<br><br>　Defendants. | Civil No. 07-1702 (CKK) |

**ORDER**
(August 4, 2008)

For the reasons set forth in the accompanying Memorandum Opinion, it is this 4th day of August, 2008, hereby

**ORDERED** that Defendants' [7] Motion For an *Open America* Stay is DENIED; it is further

**ORDERED** that Plaintiff's [5] Motion for Judgment on the Pleadings is GRANTED-IN-PART, insofar as it seeks a judgment that Defendants are required to process Plaintiff's FOIA request and release the documents on a rolling basis; it is further

**ORDERED** that, on or before September 5, 2008, Defendants shall file a status report with the Court advising the Court as to the volume of the requested records, where Plaintiff's FOIA request currently stands in the processing queue, i.e., the date by which Defendants expect to begin processing Plaintiff's FOIA request, and how long Defendants expect it will take to

process Plaintiff's request. Upon receipt of that status report, the Court shall set an appropriate processing schedule.

**SO ORDERED**.

                                                      /s/
                                     COLLEEN KOLLAR-KOTELLY
                                     United States District Judge