**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| GOVERNMENT ACCOUNTABILITY PROJECT, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) |
| U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES; U.S. FOOD AND DRUG ADMINISTRATION, | ) ) ) ) ) |
| Defendants. | ) ) |

Civil Action No. 07-01702 (CKK)

### THE PARTIES' JOINT STATUS REPORT

The parties, plaintiff, the Government Accountability Project and, defendants, the U.S. Department of Health and Human Services and the U.S. Food and Drug Administration ("FDA"), file this status report in accordance with the Court's Minute Order of September 22, 2008.

On October 22, 2008, defendants provided plaintiff with the first installment of documents that were responsive to plaintiff's FOIA request and not exempt from disclosure. See Letter from FDA to Richard E. Condit (dated Oct. 22, 2008), attached hereto as Exhibit 1. On December 2, 2008, defendants provided plaintiffs with all of the remaining responsive documents that were not exempt from disclosure. See Letter from FDA to Richard E. Condit (dated Dec. 2, 2008), attached hereto as Exhibit 2. Thus, the processing of plaintiff's FOIA request is now complete.

Given recent workload demands of defendants' counsel, the parties require an additional period to discuss further disposition of this case which may include a stipulation of dismissal or a

proposed briefing schedule.  Thus, the parties propose filing either a stipulation of dismissal or joint status report, to include proposed deadlines for briefing and a discussion of issues to be briefed, by January 12, 2008.

Respectfully submitted,

/s/ Richard E. Condit /bmr

RICHARD E. CONDIT
Government Accountability Project
1612 K Street, N.W., Suite 1100
Washington, D.C.  20006
Ph: 202-457-0034

/s/ Jeffrey A. Taylor /bmr

JEFFREY A. TAYLOR, D.C. BAR #498610
United States Attorney

/s/ Rudolph Contreras /bmr

RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney

/s/ Beverly M. Russell

BEVERLY M. RUSSELL, D.C. BAR #454257
Assistant United States Attorney
U.S. Attorney's Office for the District of Columbia,
 Civil Division
555 4th Street, N.W., Rm. E-4915
Washington, D.C.  20530
Ph: (202) 307-0492
Fax: (202) 514-8780
E-mail:  beverly.russell@usdoj.gov

Of Counsel:

PREEYA M. NORONHA
Acting General Counsel

GERALD F. MASOUDI
Associate General Counsel
Food and Drug Division

ERIC M. BLUMBERG
Deputy Chief Counsel, Litigation

3

SHOSHANA HUTCHINSON
Associate Chief Counsel, Litigation
U.S. Dept. of Health & Human Services
Office of the General Counsel
5600 Fishers Lane
Rockville, MD  20857
301-827-8579

December 12, 2008